No. 86–843. CONTINENTAL TRAILWAYS, INC. *v.* DIRECTOR, NEW JERSEY DIVISION OF MOTOR VEHICLES; and

No. 86–879. DIRECTOR, NEW JERSEY DIVISION OF MOTOR VEHICLES *v.* CONTINENTAL TRAILWAYS, INC. Sup. Ct. N. J. Certiorari dismissed under this Court's Rule 53. Reported below: 102 N. J. 526, 509 A. 2d 769.

No. 86–5656. BAIRNSFATHER *v.* LOUISIANA. Appeal from Ct. App. La., 2d Cir., dismissed for want of substantial federal question. JUSTICE BRENNAN, JUSTICE POWELL, and JUSTICE SCALIA would note probable jurisdiction and set case for oral argument. JUSTICE STEVENS would dismiss the appeal for want of jurisdiction.

No. 84–1936. CORPORATE CITY OF SOUTH BEND ET AL. *v.* JANOWIAK. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Transportation Agency*, 480 U. S. 616 (1987), and *Wygant* v. *Jackson Board of Education*, 476 U. S. 267 (1986).

No. 86–468. TISCH, POSTMASTER GENERAL OF THE UNITED STATES *v.* SHIDAKER. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Transportation Agency*, 480 U. S. 616 (1987).

No. 86–1351. UTICA MUTUAL INSURANCE CO. *v.* TALLEY ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Burlington Northern R. Co.* v. *Woods*, 480 U. S. 1 (1987).